757 A.2d 360

COMMONWEALTH of Pennsylvania by D. Michael FISHER, Attorney General, Appellee,

v.

ASIAN CHILDREN'S RELIEF FUND, INC. d/b/a World Children's Relief Fund, Inc. and George M. Capuzzi, Individually and as President and Secretary of Asian Childrens' Relief Fund, Inc. d/b/a World Children's Relief Fund and Heath C. Robinson, Individually and as Director of Solicitations for Asian Children's Relief Find, Inc., d/b/a World Children's Relief Fund, Sonia Coscia, Individually and as Vice President of Asian Children's Relief Fund, Inc., d/b/a World Children's Relief Fund and Huangf Nguyhen, Individually and as Treasurer of Asian Children's Fund, Inc., d/b/a World Children's Relief Fund, Appellants.

Supreme Court of Pennsylvania.

Aug. 21, 2000.

## ORDER

PER CURIAM:

AND NOW, this 21st day of August, 2000, the order of the Commonwealth Court is hereby affirmed.